# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

United States of America,      )
                                   )    **PRETRIAL STATUS CONFERENCE**

            Plaintiff,        )

                                   )

      vs.                       )

                                   )    Case No.: 1:23-cr-130

Roman Marcus Sobottke,      )

                                 )

           Defendant.      )

---

The undersigned shall hold a pretrial status conference with counsel by telephone on September 26, 2023, at 2:30 PM to discuss, among other things, the viability of the current trial date. To participate, counsel shall call (877) 810-9415 and enter access code 8992581. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

     **IT IS SO ORDERED.**

     Dated this 17th day of August, 2023.

                                     */s/ Clare R. Hochhalter*
                                     Clare R. Hochhalter, Magistrate Judge
                                     United States District Court